574

Edward Paul CELESTINE,
Jr., Plaintiff–Appellant

v.

Carolyn W. COLVIN, Acting Commissioner of Social Security; John Chastain, United States Department of Justice Civil Federal Tort Claims Act, Defendants–Appellees

No. 15–20745
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/31/2016

Edward Paul Celestine, Jr., Pro Se.

Chad Wesley Cowan, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Defendants–Appellees.

Natalie Olszewski, Social Security Administration, Office of the General Counsel Region VI, Dallas, TX, for Defendant–Appellee Carolyn W. Colvin, Acting Commissioner of Social Security.

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given in full by that court. Whether the Plaintiff seeks a recovery under the Federal Tort Claims Act it would fail because if not filed with a federal agency as required, or whether the

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Plaintiff seeks social benefits denied to him because no appeal was taken within 60 days. There is no jurisdiction for any further claim by this Plaintiff. 42 U.S.C. § 405(h).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.